1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | Case No. CV13-3640-JAK (VBKx) |
| Plaintiff, | **STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSSAL** |
| vs. | JS-6 |
| IRENE TURTLE and EMMA TURTLE, | |
| Defendants. | |

15
16
17
18
19
20
21
22
23   ///
24   ///
25   ///
26
27
28

Having reviewed the Stipulation and Order re Entry of Judgment in Interpleader, Dismissal and Distribution of Proceeds executed by counsel for plaintiff State Farm Life Insurance Company ("State Farm"), defendant Irene Turtle, and the duly-appointed guardians of the property of defendant Emma Turtle, and it appearing that State Farm has brought this action in interpleader against defendant Irene Turtle and defendant Emma Turtle, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. State Farm properly filed its Complaint in Interpleader herein, and that this is a proper cause for interpleader.

2. By reason of the death of Martin Byrne (the "Decedent") on or about April 12, 2013, the total sum of $250,085.46 (the "Proceeds") became due and payable under State Farm's life insurance policy number LF-1972-2709 (the "Policy").

3. Defendant Irene Turtle has claimed the Proceeds are payable to her as the primary beneficiary named in the Policy, and defendant Emma Turtle has a potential claim that the Proceeds are payable to her as the successor beneficiary named in the Policy.  No other person or entity has made a claim to the Proceeds.

4. Through the duly-appointed guardians of her property, Defendant Emma Turtle has confirmed that she makes no claim to the Proceeds, and she has formally waived any and all interest she has or may have to the Proceeds.

5. Having deposited the sum of $251,088.47 (representing the Proceeds plus interest) with the Clerk of this Court on or about May 22, 2013, State Farm and its agents be and hereby are released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

6. State Farm be and hereby is awarded nothing for the attorneys' fees and costs it incurred in connection with this action;

7. The Clerk of the Court be and hereby is directed to pay the sum of $251,088.47 (plus any additional interest which may have accrued while that sum was on deposit in the Court's registry) to defendant Irene Turtle, from and out of the funds deposited herein, by check made payable to "Irene Turtle" and delivered via first class mail to defendant Irene Turtle at the following address:  1176 North Mar Vista Ave., Pasadena, California  91104.

8. Upon the entry of this Stipulated Judgment in Interpleader, and upon the Court's payment of the sum described in paragraph 7, above, this matter will be concluded in its entirety, with each party bearing their own attorneys' fees and costs not specifically awarded in this Stipulated Judgment in Interpleader.

DATED:  December 3, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

cc:  Fiscal Department, USDC